Sarah Ferguson (NSBN 14515)
Parsons Behle & Latimer
50 W. Liberty Street, Suite 750
Reno, Nevada 89501
Telephone: (775) 323-1601
sferguson@parsonsbehle.com

*Attorney for Defendant*
*Robinson Nevada Mining Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAKOTA HANSEN, individually and on behalf of other similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBINSON NEVADA MINING COMPANY,<br><br>    Defendant. | Case No. 2:25-cv-01237-RFB-NJK<br><br><br>**STIPULATION AND [Proposed] ORDER ENDING TOLLING OF STATUTE OF LIMITATIONS AND SETTING TIME TO RESPOND TO ORIGINAL CLASS AND COLLECTIVE ACTION COMPLAINT** |

Plaintiff Dakota Hansen ("Hansen") and Defendant Robinson Nevada Mining Company ("Robinson") (collectively, "the Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

1.    The previous agreement to toll the statute of limitations is no longer in effect and that the statute of limitations will continue to run as of the date of this Order;

2.    Defendants have until November 18, 2025 to respond to Plaintiff's Original Class and Collective Action Complaint; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PARSONS
BEHLE &
LATIMER

3.      Plaintiff has until November 18, 2025 to respond to Defendant's Request to Transfer Case to the Unofficial Northern Division of the District of Nevada.

DATED this 23rd day of October, 2025.                    DATED this 23rd day of October, 2025.

JOSEPHSON DUNLAP LLP                            PARSONS BEHLE & LATIMER

*/s/ Alyssa J. White*                                              */s/ Sarah Ferguson*
Alyssa J. White (TSBN 24073014)                  Sarah Ferguson (NSBN 14515)
11 Greenway Plaza, Suite 3050                      50 W. Liberty Street, Suite 750
Houlston TX  77046                                       Reno, NV 89501
awhite@mybackwages.com                            Telephone: (775) 323-1601
(*Admitted Pro Hac Vice*)                              sferguson@parsonsbehle.com
                                                                    *Attorney for Defendant*
Esther C. Rodriguez (NSBN 006473)
RODRIGUEZ LAW OFFICES, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
info@rodriguezlaw.com

*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  _____