**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DAKOTA HANSEN, individually and on
behalf of other similarly situated,

        Plaintiff(s),

        vs.

ROBINSON NEVADA MINING
COMPANY,

        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #2:25-c-01237-RFB-NJK

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

      Christina M. Jepson      , Petitioner, respectfully represents to the Court:
         (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

                                Parsons Behle & Latimer
                                   (firm name)

with offices at            201 S. Main Street, Suite 1800
                            (street address)

        Salt Lake City       , Utah                       , 84111    ,
         (city)                           (state)           (zip code)

    (801) 532-1234    ,    CJepson@parsonsbehle.com    .
(area code + telephone number)         (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

    Robinson Nevada Mining Company    to provide legal representation in connection with
         [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.      That since _____August 1995_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of Utah
                                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| 10th Circuit Court of Appeals | 1997 | 07301 |
| Supreme Court of the United States | 5/22/2017 | 07301 |
| United States District Court of Utah | 1995 | 07301 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

5.      That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None.

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

None.

7.     That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | Granted ▾ |
| | | | Denied ▾ |
| | | | Denied ▾ |
| | | | Denied ▾ |
| | | | Denied ▾ |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Utah    )
                   )
COUNTY OF      Salt Lake    )

_____ Christina M. Jepson _____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

12th _____ day of __January__ , 2026 .

_____
Notary Public or Clerk of Court

> KIMBERLY KAY BREEZE
> NOTARY PUBLIC · STATE OF UTAH
> COMMISSION# 741317
> COMM. EXP. 01-30-2029

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____ Sarah Ferguson _____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____ 50 W. Liberty Street, Suite 750 _____,
(street address)

_____ Reno _____, _____ Nevada _____, _____ 89501 _____,
(city)             (state)             (zip code)

_____ (775) 323-1601 _____, _____ SFerguson@parsonsbehle.com _____.
(area code + telephone number)        (Email address)

4

Rev. 5/16

Docusign Envelope ID: 3BD53F4D-C813-4F93-BE59-474795E7B36E

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Sarah Ferguson _____ as (name of local counsel) his/her/their Designated Resident Nevada Counsel in this case.

DocuSigned by:

m. ferg

5415EADF46F34D8...
_____
(party's signature)

Robinson Nevada Mining Company
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

14515                          SFerguson@parsonsbehle.com
_____
Bar number                    Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# STATE OF UTAH

# Judicial Department

## Attorney's Certificate

### IN THE SUPREME COURT OF THE STATE OF UTAH

———————————

UNITED STATES OF AMERICA } ss.
STATE OF UTAH }

I, Nicole I. Gray, Clerk of the Supreme Court of the State of Utah, do hereby certify that by an Order of this Court duly made and entered wherein CHRISTINA M. JEPSON, #7301, was admitted to practice as an Attorney and Counselor at Law in all the courts of the State of Utah on the 17th day of October, 1995.

I further certify that this attorney is now, and has been since admission, a member of the Bar of this Court in good standing; and that the private and professional character of this attorney appears to be satisfactory.



IN TESTIMONY WHEREOF, I have here unto set my hand and affixed the Seal of said court this 9th day of January, A.D. 2026